

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00134-CV
_____

NATIONAL OILWELL VARCO DHT, LP, Appellant

V.

MANOJ GOPALAN AND RIME DOWNHOLE TECHNOLOGIES, LLC,
Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-302847-18

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Unopposed Motion to Withdraw Appeal."

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 20, 2021